IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONTEL THOMAS and DALTON JACKSON,
on behalf of Themselves and all Others Similarly
Situated                                                                      PLAINTIFFS

v.                              No. 2:15-cv-95-DPM

NEAL BYRD, in his Official Capacity; JOHN
THOMAS, individually and in his Official
capacity as an employee of City of Helena-West Helena;
and SENTENCING OPTIONS SPECIALISTS, INC.          DEFENDANTS

ORDER

The unopposed motion, № 35, is granted as modified. The Final Scheduling Order № 19, is suspended, but the case is not stayed. We need to keep moving forward. Joint report due by 19 August 2016. The Court needs a copy of the tentative settlement and would appreciate a proposed framework (and timetable) for considering the deal's fairness and adequacy, as well as for implementing it. Please also provide an update on the Sentencing Options Solutions issues: Is there a deal on non-class claims? Are any class claims against SOS covered by the parties' proposed settlement?

So Ordered.

*[signature: DP Marshall Jr.]*
D.P. Marshall Jr.
United States District Judge

27 July 2016