IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONTEL THOMAS and
DALTON JACKSON, on
behalf of Themselves and all Others
Similarly Situated                                                          PLAINTIFFS

v.                             No. 2:15-cv-95-DPM

NEAL BYRD, in his Official Capacity;
JOHN THOMAS, individually and in his
Official capacity as an employee of City of
Helena-West-Helena; and SENTENCING
OPTIONS SPECIALISTS, INC.                                              DEFENDANTS

ORDER

The motion for a status conference, № 46, is denied without prejudice. The parties need to get together, agree on a final draft of the settlement documents, and provide those documents to the Court. For example, there doesn't seem to be common ground on who will handle claims administration. That's important. The Court also observes that the current draft notice differs from the final version of the one we all worked hard on in *Covington v. Byrd*. The Court wonders why. The Court wishes Ms. Monaghan well in the coming days. Additional counsel for the City and Thomas (in his official capacity) should appear ASAP. The Court would appreciate a *joint* report on all these issues, and on anything else on the parties' minds, by

14 October 2016. We'll have a status conference thereafter if need be.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 October 2016