IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONTEL THOMAS and
DALTON JACKSON, on
behalf of Themselves and all Others
Similarly Situated                                                    PLAINTIFFS

v.                          No. 2:15-cv-95-DPM

NEAL BYRD, in his Official Capacity;
JOHN THOMAS, individually and in his
official capacity as an employee of City of
Helena-West Helena; and SENTENCING
OPTIONS SPECIALISTS, INC.                                             DEFENDANTS

## JUDGMENT

The Court retains jurisdiction to enforce and administer the class settlement. The Court also retains jurisdiction to enforce the injunction against the City of Helena-West Helena and Phillips County. Pursuant to the approved class settlement, the amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017