IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONTEL THOMAS and
DALTON JACKSON,
on behalf of Themselves and
all Others Similarly
Situated                                                              PLAINTIFFS

v.                              No. 2:15-cv-95-DPM

NEAL BYRD, in his Official
Capacity; JOHN THOMAS,
individually and in his official
capacity as an employee of City
of Helena-West Helena;
and SENTENCING OPTIONS
SPECIALISTS, INC.                                                     DEFENDANTS

## ORDER

In June 2017, the Court approved the settlement and authorized distribution. № 81 & 82. The parties worked hard and made good progress delivering the proceeds to class members. № 85. In June 2018, the Court gave class counsel two more months to locate and pay two elusive individuals. № 89. Their share of the settlement is south of $1,000. № 92. The parties now jointly report that class counsel is still looking for those two folks, № 92, while defendants report that all the settlement-related checks have been received and cashed, № 91. It's time to wrap this case up. By 10 October 2018, the parties must either

confirm a completed class distribution or propose a *cy pres* distribution. *№ 89*. The distribution period will not be extended again.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2018